# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KURIN, INC., <br><br> Defendant. | C.A. No. 24-01124 (CFC) <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT KURIN, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF BULLINGTON PATENTS**

Kurin, Inc. ("Kurin") hereby respectfully moves for Summary Judgment of Non-Infringement of Bullington Patents. The grounds for this Motion are fully set forth in the Opening Brief in Support of this Motion, Concise Statement of Facts, and declaration and exhibits filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | /s/ Sara M. Metzler |
| | Kelly E. Farnan (#4395) |
| Gregg F. LoCascio, P.C. | Sara M. Metzler (#6509) |
| Sean M. McEldowney | One Rodney Square |
| Matthew J. McIntee | Richards, Layton & Finger, P.A. |
| Kelly Tripathi | 920 N. King Street |
| Socrates L. Boutsikaris | Wilmington, DE 19801 |
| KIRKLAND & ELLIS LLP | (302) 651-7700 |
| 1301 Pennsylvania Avenue, N.W. | farnan@rlf.com |
| Washington, D.C. 20004 | metzler@rlf.com |
| (202) 389-5000 | |
| | *Attorneys for Defendant Kurin, Inc.* |
| Sam Blake | |
| KIRKLAND & ELLIS LLP | |
| 555 South Flower Street, Suite 3700 | |
| Los Angeles, CA 90071 | |
| (213) 680-8400 | |
| | |
| Jonathan Hangartner | |
| X-PATENTS, APC | |
| 5670 La Jolla Blvd. | |
| La Jolla, CA 92037 | |
| (585) 454-4313 | |

Dated: July 25, 2025