IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KURIN, INC., <br><br> Defendant. | Civil Action No. 24-1124-CFC |

## **MEMORANDUM ORDER**

Pending before me is a Motion for Summary Judgment of Non-Infringement of Bullington Patents filed by Defendant Kurin, Inc. D.I. 253. In its concise statement of material undisputed facts filed in support of its motion, Kurin states that "Dr. Meinhart testified that before the Jet's stopper is dislodged, the pressure differential between 8 and 9 *falls to zero*." D.I. 254 ¶ 22 (emphasis in the original). Magnolia disputes this asserted fact and states that Dr. Meinhart "testified, that 'during Regime B . . . the pressure gradient [between 8 and 9] is negative, building to a value of zero." D.I. 293 ¶ 22 (alterations in the original and citation omitted). Magnolia cites record evidence that appears on its face to support its statement. *See* D.I. 295-5 at 236:10–237:22.

Because there is a disputed fact that Kurin has said is material to its motion for summary judgment, I will deny the motion. *See Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986) (holding that summary judgment will not lie if there is a genuine dispute about a material fact).

WHEREFORE, at Wilmington on this Eighteenth day of September in 2025, Defendant Kurin, Inc.'s Motion for Summary Judgment (D.I. 253) is **DENIED**.

                                                      CHIEF JUDGE